

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RIDGEFIELD PERMIAN, LLC AND ALBERT JEFFRYES GRIFFITHS, AS TRUSTEE OF THE ALBERT JEFFRYES GRIFFITHS TRUST, | § § § § | No. 08-19-00156-CV<br><br>Appeal from the<br><br>143rd District Court |
| Appellants, | § | of Reeves County, Texas |
| v. | § | (TC# 18-05-22426-CVR) |
| DIAMONDBACK E & P LLC AND MAGNOLIA, LLC, | § | |
| | § | |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and render judgment in favor of Appellants.

We further order that Appellants recover from Appellees the appellate costs incurred by Appellants, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 5TH DAY OF MAY, 2021.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.